Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

==========================================X
**SANDRA JANE NICHOLS and TOMMY LEE NICHOLS,**

                                                           Docket No.: 06-5678

                              Plaintiffs,

              **-against-**                    **STIPULATION OF VOLUNTARY
                                              DISMISSAL
                                              WITH PREJUDICE**

**PFIZER INC.,**

                              Defendant.
==========================================X

IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra

claims of Plaintiffs, Sandra Jane Nichols and Tommy Lee Nichols, against Defendant, Pfizer,

Inc. and all other named defendants be voluntarily discontinued in their entirety with prejudice,

each party to bear its own costs.


Benedict P. Morelli
**Morelli Ratner PC**                      **DLA Piper**

Dated: 6/17/09                             Dated: July 17, 2009

PERSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ODERED.

JUL 2 3 2009

The Hon. Charles R. Breyer
United States District Court, Northern District of California